1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID ARTHUR BROWAND,                    No.  2:21-cv-00184-JAM-EFB P

12                      Petitioner,

13           v.                                ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION,

16                      Respondent.

17

18           Petitioner is a state prisoner proceeding without counsel in this petition for a writ of

19    habeas corpus brought under 28 U.S.C. § 2254.  His second amended petition was filed on

20    January 5, 2022 and is before the court for screening.  28 U.S.C. § 1915A(b)(1), (2); Rule 4,

21    Rules Governing § 2254 Cases in the District Courts.

22    **I.      Background**

23           On August 26, 2021, the court issued findings and recommendations recommending that

24    the court grant respondent's motion to dismiss the original petition because it included

25    unexhausted claims.  ECF No. 17.  The District Judge adopted that recommendation on October

26    14, 2020, allowing petitioner leave to file an amended petition containing only exhausted claims.

27    ECF No. 19.  Petitioner filed an amended petition on November 10, 2021, but the court found that

28    petitioner had not included sufficient factual allegations therein and allowed petitioner additional

1

1   time to file another amended petition that included supporting facts.  ECF Nos. 21, 22.  Petitioner

2   has filed a second amended petition.  ECF No. 23.

3       **II.       Analysis**

4       A judge "entertaining an application for a writ of habeas corpus shall forthwith award the

5   writ or issue an order directing the respondent to show cause why the writ should not be granted,

6   unless it appears from the application that the applicant or person detained is not entitled thereto."

7   28 U.S.C. § 2243.

8       Petitioner has complied with the court's prior order.  His second amended petition is

9   complete within itself.  It contains only petitioner's exhausted claims and includes factual

10  allegations supporting those claims.  Further, it is not apparent from the face of the petition that

11  petitioner is not entitled to relief.

12      **III.      Order**

13      Accordingly, it is hereby ordered that:

14      1.  Respondent shall file and serve either an answer or a motion in response to petitioner's

15          application within 60 days from the date of this order.  *See* Rule 4, Fed. R. Governing

16          § 2254 Cases.  Any response shall be accompanied by any and all transcripts or other

17          documents relevant to the determination of the issues presented in the application that

18          have not already been filed in this action.  *See* Rules 4, 5, Fed. R. Governing § 2254

19          Cases;

20      2.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an

21          answer;

22      3.  If the response to petitioner's application is a motion, petitioner's opposition or

23          statement of non-opposition shall be filed and served within 30 days of service of the

24          motion, and respondents' reply, if any, shall be filed within 14 days thereafter; and

25  /////

26  /////

27  /////

28  /////

4.   Petitioner has indicated a wish to stay this action while he exhausts his other claims in the California Supreme Court. *See* ECF No. 18.  Having successfully filed an amended petition that contains only exhausted claims, petitioner may file a motion to stay the case if he so desires.

Dated: February 21, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3