IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID ARTHUR BROWAND,**<br><br>Petitioner,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>Respondent. | Case No. 2:21-cv-00184-DAD-EFB (HC)<br><br>[PROPOSED] ORDER |

Petitioner raises issues regarding the state court denial of complaints regarding trial counsel. Neither the transcript of a sealed December 14, 2015 hearing on such complaints (RT 14-31), nor a copy of a sealed defense investigative report (which is the subject of one of the counsel-based complaints) is before this Court. Good cause appearing, Respondent shall forthwith ask the California Court of Appeal to transmit both a copy of the sealed transcript of the December 14, 2015 hearing, and a copy of the sealed defense investigative report to this Court for filing herein under seal. Upon receipt by this court, the documents shall remain under seal pending further order of the court.

    Further briefing in this Court is deferred pending this Court's receipt of the transcript, or until further order of this Court.

Dated:  August 2, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE