UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARTHUR BROWAND, | No. 2:21-cv-00184-DC-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| GENA JONES, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 46. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); *see also* Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254. The Clerk of Court is directed to administratively terminate all pending motions and close the case.

Dated: February 10, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1